1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RONALD EUGENE JAMES,                    Case No.  2:21-cv-00713-KJM-JDP (PC)

12              Plaintiff,                   FINDINGS AND RECOMMENDATIONS
                                            THAT THIS ACTION BE DISMISSED FOR
13        v.                                 FAILURE TO PROSECUTE, FAILURE TO
                                            COMPLY WITH COURT ORDERS, AND
14   STATE OF CALIFORNIA, *et al.*,          FAILURE TO STATE A CLAIM

15              Defendants.                  ECF No. 19

16                                           OBJECTIONS DUE WITHIN FOURTEEN
                                            DAYS
17

18        On May 4, 2022, I screened plaintiff's first amended complaint, notified him that it failed

19   to state a claim, and gave him thirty days to file an amended complaint.  ECF No. 19.  I also

20   warned him that failure to comply with the May 4 order could result in dismissal of this action.

21   *Id*. at 6.

22        The deadline has passed, and plaintiff has not filed an amended complaint or otherwise

23   responded to the May 4, 2022 order.[1]  Accordingly, it is hereby RECOMMENDED that:

24        1.  This action be dismissed for failure to prosecute, failure to comply with court orders,

25   and failure to state a claim, for the reasons set forth in the May 4, 2022 order.  *See* ECF No. 19.

26   _____

27        [1] Although it appears from the file that plaintiff's copy of the May 4, 2022 order was
     returned, plaintiff was properly served.  It is plaintiff's responsibility to keep the court apprised of
     his current address.  Pursuant to Local Rule 182(f), service of documents at the record address of
28   the party is fully effective.

                                        1

1       2.  The Clerk of Court be directed to close the case.

2       I submit these findings and recommendations to the district judge under 28 U.S.C.

3 § 636(b)(1)(B) and Rule 304 of the Local Rules of Practice for the United States District Court,

4 Eastern District of California.  The parties may, within 14 days of the service of the findings and

5 recommendations, file written objections to the findings and recommendations with the court.

6 Such objections should be captioned "Objections to Magistrate Judge's Findings and

7 Recommendations."  The district judge will review the findings and recommendations under 28

8 U.S.C. § 636(b)(1)(C).

9

10 IT IS SO ORDERED.

11

12 Dated:   June 13, 2022

JEREMY D. PETERSON
13 UNITED STATES MAGISTRATE JUDGE

2