UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD EUGENE JAMES,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, *et al.*,<br><br>Defendants. | Case No. 2:21-cv-00713-JDP (PC)<br><br>**ORDER**<br><br>DENYING PLAINTIFF'S MOTION FOR COURT-ORDERED LIBRARY ACCESS<br><br>ECF No. 56 |

Plaintiff, a county inmate proceeding pro se, has filed a motion for court-ordered law library access, arguing that he needs to photocopy documents and requests an order granting him "Pro Per Library Access" status.

While "[p]risoners have a right to meaningful access to the courts, [] there is no absolute right to use a prison law library." *Springfield v. Khalit*, 2018 WL 5980155, at *3 (E.D. Cal. Nov. 14, 2018) (citing *Lewis v. Casey*, 518 U.S. 343, 346 (1996)). Plaintiff should have access to the library and may show this order to the appropriate officials at the jail to demonstrate that he is engaged in active litigation as a pro se litigant. Should plaintiff continue to have difficulty accessing the law library, he may seek assistance from the court.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for law library access, ECF No. 56, is denied.

1
2  IT IS SO ORDERED.
3
4  Dated: ____July 16, 2024____          _____
                                          JEREMY D. PETERSON
5                                         UNITED STATES MAGISTRATE JUDGE
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2