UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD EUGENE JAMES, | Case No. 2:21-cv-00713-JDP (PC) |
| Plaintiff, | **ORDER** |
| v. | DENYING PLAINTIFF'S MOTIONS TO COMPEL |
| TEBEAU, | ECF Nos. 59 & 60 |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, brings this action against defendant Tebeau, a detective with the Sacramento Police Department, alleging that his rights were violated during an arrest and transport from Kansas to California to face charges. ECF No. 35 at 2. Specifically, he alleges that Tebeau violated his Fourteenth Amendment rights by refusing to allow him to use the bathroom during transport and forcing him to urinate on himself; I found that claim viable. ECF No. 39 at 3. I recommended that all other claims be dismissed, *id.* at 4, and the district judge adopted those recommendations, ECF No. 49.[1] Accordingly, the only active defendant in this action is Tebeau.

Pending, however, are two motions to compel directed to the City of Sacramento itself. ECF Nos. 59 & 60. As pointed out in the oppositions to those motions, the city itself is no longer

---

[1] After those recommendations were adopted, the parties consented to magistrate judge jurisdiction. ECF No. 58.

a party to this action, and, therefore, it is improper to compel it to provide further answers to plaintiff's discovery requests. *See Hatch v. Reliance Ins. Co.*, 758 F.2d 409, 416 (9th Cir. 1985) ("Rule 34 may not be used to discover matters from a nonparty."). If plaintiff is unable to obtain the necessary discovery from Tebeau, he may attempt to obtain it by way of a subpoena. At this time, discovery remains open, and plaintiff is still able to serve discovery requests. ECF No. 53 at 5. If a modification of the scheduling order is necessary, plaintiff may file a properly supported motion seeking an extension of time to conduct discovery.

Accordingly, it is ORDERED that plaintiff's motions to compel, ECF Nos. 59 & 60, are DENIED.

IT IS SO ORDERED.

Dated:   August 2, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2