UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD EUGENE JAMES, | Case No.   2:21-cv-0713-JDP (P) |
| Plaintiff, | ORDER |
| v. | |
| THEBEAU, *et al.*, | |
| Defendants. | |

This case was closed on May 13, 2025 after summary judgment was granted in defendant's favor. ECF Nos. 104 & 105. Plaintiff has appealed. ECF Nos. 107 & 108. Pending is plaintiff's request for documents wherein he requests a copy of the docket at ECF No. 18. ECF No. 113. The Clerk of Court does not provide copies free of charge. Plaintiff may obtain copies by submitting a written request and tendering the fee of fifty cents per page.

Accordingly, plaintiff's motion to produce documents, ECF No. 113, is DENIED.

IT IS SO ORDERED.

Dated:    May 27, 2026                          _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1